# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

March 18, 2010

**BY HAND DELIVERY**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Sergey Aleynikov**
      **10 Cr. 96 (DLC)**

The Honorable Denise L. Cote:

   I write to supplement my earlier letter to the Court regarding Mr. Aleynikov's travel. The government's consent to our request was based on our office providing them (both AUSA Rohr and USPTSO Khilkevich) with proof that Mr. Aleynikov's stepfather had been deathly ill with cancer and was in a hospice care facility, and proof of his demise. The government consented to only a short period of travel and asked Mr. Aleynikov to provide proof of a round-trip ticket. That documentation was provided to AUSA Rohr yesterday. Finally, the government asked Mr. Aleynikov to surrender his wife and children's passports prior to travel. His youngest daughter does not have a passport, as she is only one and a half years old. Mr. Aleynikov has complied with this condition by providing the passports to my office. I will provide them to AUSA Rohr by 4:00 p.m. today.

   Thank you for your consideration in this matter.

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender
Tel.: (212) 417-8713

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-10

SO ORDERED:

HON. DENISE L. COTE
United States District Judge   March 18, 2010

cc:   AUSA Rohr & USPTSO Khilkevich